# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-31171
Summary Calendar

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**
June 14, 2012

Lyle W. Cayce
Clerk

MICHAEL BURRLE, SR.,

Plaintiff-Appellant

v.

HUNTINGTON INGALLS, INCORPORATED,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CV-1591

Before WIENER, STEWART, and HAYNES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Rule 47.6

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.